■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREEM ABDUL LATIF, Also Known as GEORGE SUAREZ, Appellant. [668 NYS2d 917] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 6, 1995 (*People v Latif,* 212 AD2d 548), affirming a judgment of the Supreme Court, Kings County, rendered July 26, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Copertino, J. P., Thompson, Pizzuto and Goldstein, JJ., concur.